# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

LORIANN GONZALES,

        Movant,

vs.                                                     Nos. CIV 16-0683 JB/CG
                                                           CR 08-1537 JB

UNITED STATES OF AMERICA,

        Respondent.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court, under rule 4 of the Rules Governing Section 2255 Proceedings, on the Movant's Motion to Vacate and Correct Sentence Pursuant to 28 U.S.C. § 2255, filed June 24, 2016 (CIV Doc. 1; CR Doc. 88), and the Court having entered its Memorandum Opinion and Order dismissing the Motion,

**IT IS ORDERED** that Final Judgment is hereby entered in favor of Respondent United States of America, and the Movant's Motion to Vacate and Correct Sentence Pursuant to 28 U.S.C. § 2255, filed June 24, 2016 (CIV Doc. 1; CR Doc. 88), is dismissed for lack of jurisdiction.

 

_____
UNITED STATES DISTRICT JUDGE

*Counsel:*

Benjamin A. Gonzales
  Federal Public Defender
Federal Public Defender's Office
Albuquerque, New Mexico

    *Attorneys for the Movant*

Damon P. Martinez
  United States Attorney
Joel R. Meyers
  Assistant United States Attorney
U.S. Attorney's Office
Albuquerque, New Mexico

  *Attorneys for the Respondent*